**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 708 MAL 2018

           Respondent               :

                                     :    Petition for Allowance of Appeal from

                                     :    the Order of the Superior Court

           v.                           :

                                     :

ALFRED C. CARRERA, II,                :

                                     :

           Petitioner               :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 17th day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.